**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

**JERRY JOSEPH, ET AL**                                       **CIVIL ACTION**

**VERSUS**                                                            **NO:    15-759**

**LOUISIANA DEPARTMENT OF**                          **SECTION: "S" (4)**
**CORRECTIONS, ET AL**

## ORDER

Before the Court is the Defendants' **Motion for Leave to File First Supplemental and Amended Answer (R. Doc. 68)** seeking leave of the Court to file their First Supplemental and Amended Answer to assert that the Plaintiffs in this matter do not have the capacity to sue or a legal right of action. While the Defendants indicated that the motion is opposed, there has been no opposition filed before the Court.  The motion was submitted on August 2, 2017.

"Rule 15(a) requires a trial court 'to grant leave to amend freely,' and the language of this rule 'evinces a bias in favor of granting leave to amend.'" *Jones v. Robinson Prop. Grp.*, 427 F.3d 987, 994 (5th Cir. 2005) (internal quotations marks omitted) (quoting *Lyn–Lea Travel Corp. v. Am. Airlines*, 283 F.3d 282, 286 (5th Cir.2002)). When denying a motion to amend, the court must have a "substantial reason" considering such factors as "'undue delay, bad faith or dilatory motive on the part of the movant, repeated failures to cure deficiencies by amendments previously allowed, undue prejudice to the opposing party ...and futility of the amendment.'" *Marucci Sports, LLC v. Nat'l Collegiate Athletic Ass'n*, 751 F.3d 368, 378 (5th Cir. 2014) (quoting *Jones*, 427 F.3d at 994).

Here, the Defendants' motion for leave to amend was timely filed. Moreover, the motion has not been opposed. Certainly, the amendment at issue appears to be relevant and does not appear to be futile. Given the liberal standard espoused by Rule 15 and that the Court sees no

substantial reason to deny the motion, the Court grants the motion for leave to file an amended and supplemental complaint.

Accordingly,

     **IT IS ORDERED** that the Defendants' **Motion for Leave to File First Supplemental and Amended Answer (R. Doc. 68)** is **GRANTED.**

     New Orleans, Louisiana, this 2<u>nd</u> day of August 2017.

     **KAREN WELLS ROBY**
     **CHIEF UNITED STATES MAGISTRATE JUDGE**