UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **JERRY JOSEPH, ET AL** | **CIVIL ACTION** |
| **VERSUS** | **NO:   15-759** |
| **LOUISIANA DEPARTMENT OF CORRECTIONS, ET AL** | **SECTION: "S" (4)** |

### ORDER

IT IS ORDERED that Plaintiff's **Motion for Leave to File Third Supplemental and Amending Complaint (R. Doc. 73)** shall be heard **by oral argument** on **August 9, 2017 at 11:00 a.m.** in the undersigned United States Magistrate Judge's Courtroom located at 500 Poydras Street, Room B-431, New Orleans, Louisiana.

New Orleans, Louisiana, this 4th day of August 2017.

**KAREN WELLS ROBY
CHIEF UNITED STATES MAGISTRATE JUDGE**